**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **Eugene R. Sellers,** | : | |
| *Plaintiff,* | : | |
| v. | : | 1:19-CV-1615-LO-JFA |
| **Dawson Solutions, LLC, et al.,** | : | |
| *Defendants.* | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eugene R. Sellers and Defendants Dawson Solutions, LLC and Dawson Federal Incorporated (collectively, "the Parties"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the terms and conditions of the Settlement Agreement between the Parties effective July 21, 2020, stipulate that that all claims in this action shall be dismissed with prejudice. The Parties represent all parties who have appeared in this matter.

AGREED July 27, 2020

| | |
|---|---|
| /s/ John P. O'Malley | /s/ Bernard G. Dennis, III* |
| John P. O'Malley (VA Bar No. 92439) | John M. Remy (VA Bar No. 65863) |
| HIRSCHLER FLEISCHER, P.C. | Bernard G. Dennis, III (VA Bar No. 95199) |
| The Edgeworth Building | JACKSON LEWIS P.C. |
| 2100 East Cary Street (23223) | 10701 Parkridge Boulevard, Suite 300 |
| P.O. Box 500 | Reston, VA 20191 |
| Richmond, Virginia 23218-0500 | (703) 483-8300 (Telephone) |
| (804) 771-9500 (Telephone) | (703) 483-8301 (Facsimile) |
| (804) 644-0957 (Facsimile) | john.remy@jacksonlewis.com |
| jomalley@hirschlerlaw.com | bernard.dennis@jacksonlewis.com |

Wayne G. Travell (VA Bar No. 22400)    *Counsel for Defendants*
Robert R. Vieth (VA Bar No. 24304)
Roxanne F. Rosado (VA Bar No. 51117)
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
(703) 584-8900 (Telephone)
(703) 584-8901 (Facsimile)
wtravell@hirschlerlaw.com
rvieth@hirschlerlaw.com
rrosado@hirschlerlaw.com

*Counsel for Plaintiff*


*Signed by John P. O'Malley, with permission