IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

EUGENE R. SELLERS,

     Plaintiff,

 v.

DAWSON SOLUTIONS, LLC, et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:19-cv-1615
Hon. Liam O'Grady

**ORDER**

   This matter comes before the Court on the parties' joint Stipulation of Voluntary

Dismissal.  Dkt. 43.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the action is hereby

**DISMISSED WITH PREJUDICE.**

   It is **SO ORDERED.**

July 28, 2020
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge